IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

NELSON ALBERTO GALVIS URDANETA,    *

        Petitioner,    *

v.    Case No. 7:20-CV-213(HL)

        *

DAVID PAULK,

        *

        Respondent.

        *

## JUDGMENT

Pursuant to this Court's Order dated May 7, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 10th day of May, 2021.

        David W. Bunt, Clerk

        s/ S. B. DeCesare, Deputy Clerk